**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.                                                                    CASE NO.: 4:20-cr-124

JOANN KEEL ROBINSON,

      Defendant.

**O R D E R**

This matter is before the Court on a letter from Defendant requesting early termination of her supervised release, (doc. 1569).   The United States, after consultation with the United States Probation Office, responded to Defendant's filing and states it does not oppose early termination of supervised release in this case.  (Doc. 1570.)   After careful consideration and review of the record of this case, the Court **GRANTS** Defendant's request for early termination of supervised release.

THEREFORE, IT IS HEREBY ORDERED that Defendant Joann Keel Robinson is discharged from supervised release.

**SO ORDERED**, this 25th day of June, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA